```
┌─────────────────────────────────┐
│ USDS SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #: _____           │
│ DATE FILED: 9/30/09              │
└─────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
SECURITIES & EXCHANGE COMMISSION,    :

                  Plaintiff,    :

                        v.    :

BURTON G. FRIEDLANDER, FRIEDLANDER    :
INTERNATIONAL LTD., FRIEDLANDER
MANAGEMENT LTD, OPAL INTERNATIONAL :
FUND, FRIEDLANDER LIMITED
PARTNERSHIP    :

                Defendants.    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Index No.  01 Civ. 4658 (KMW)

ORDER APPROVING PAYMENT OF
FEES, COSTS AND EXPENSES

Upon the Application of Receiver Andrew Irving, Esq., it is hereby ordered that payment

of costs, fees and expenses of the Receiver are approved as follows:

1.      Payment of $765.00 to Carlton Fields for legal services rendered to the Receiver

from February 5, 2009 through May 19, 2009 in connection with the Friedlander Capital

Management Corporation bankruptcy action in Florida, to be made from the account of

Friedlander International Limited.

2.      Payment of $124,022.65 to Bryan Cave LLP for services rendered to the Receiver

during the period August 4, 2008 through July 31, 2009, $117,764.25 to be made from the

account of Friedlander International Limited and $6,258.40 from the account of Friedlander

Limited Partnership.

3.      Payment of $5,144.79 to the law firm of McKinney, Bancroft & Hughes for legal

services rendered to the Receiver from March 2009 through June 2009, to be made from the

account of Friedlander International Limited.

4.      Payment of $32,045.50 to Rothstein, Kass & Company, P.C. for services rendered

to the Receiver during the period March 4, 2009 through July 31, 2009, as well as for services

rendered in 2004 but not previously billed, $7,278.63 to be made from the account of Friedlander International Limited and $24,766.87 from the account of Friedlander Limited Partnership.

5.       Payment of $6,136.25 to the Receiver for services rendered as Receiver for the period July 2, 2008 through June 26, 2009, $5,801.21 to be made from the account of Friedlander International Limited and $335.04 from the account of Friedlander Limited Partnership.

SO ORDERED.

September 30, 2009

_Kimba M. Wood_
U.S.D.J.