```
                                          ┌─────────────────────────────┐
                                          │ USDS SDNY                   │
                                          │ DOCUMENT                    │
UNITED STATES DISTRICT COURT              │ ELECTRONICALLY FILED        │
SOUTHERN DISTRICT OF NEW YORK             │ DOC #: _____        │
- - - - - - - - - - - - - - - - - - - x   │ DATE FILED: 9/30/09         │
SECURITIES & EXCHANGE COMMISSION,   :   Index No. 01 └─────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x
SECURITIES & EXCHANGE COMMISSION,    :    Index No.  01 Civ. 4658 (KMW)

               Plaintiff,    :    **ORDER APPROVING RECEIVER'S**
                              **APPLICATION FOR FINAL**
   v.    :    **DISTRIBUTIONS OF ASSETS OF**
                              **FRIEDLANDER INTERNATIONAL**
BURTON G. FRIEDLANDER, FRIEDLANDER   :    **LIMITED ("FIL") AND**
INTERNATIONAL LTD., FRIEDLANDER         **FRIEDLANDER LIMITED**
MANAGEMENT LTD, OPAL INTERNATIONAL:    **PARTNERSHIP  ("FLP")**
FUND, FRIEDLANDER LIMITED               **AND A PROCESS FOR**
PARTNERSHIP    :    **CONCLUDING THE**
                              **RECEIVERSHIP OF FIL, FLP AND**
           Defendants.    :    **FRIEDLANDER MANAGEMENT**
                              **LIMITED**
- - - - - - - - - - - - - - - - - - - x

**WHEREAS**, Andrew Irving, as Receiver for Friedlander International Limited,

Friedlander Limited Partnership, and Friedlander Management Limited, has submitted an

Application for a Final Distribution of Assets of Friedlander International Limited ("FIL") and

Friedlander Limited Partnership ("FLP") and a Process for Concluding the Receivership of FIL,

FLP and Friedlander Management Limited ("FML"), dated August 21, 2009 (the "Final

Proposal"); and

     **WHEREAS**, the Receiver has requested that this Court approve the Final Proposal;

     **WHEREAS**, the Receiver has provided copies of the Final Proposal to William Pinzler

and Matthew Finnegan, attorneys for Burton Friedlander and the SEC, respectively, as described

in the Final Proposal;

     **WHEREAS**, Mr. Pinzler and Mr. Finnegan have had an opportunity to comment on the

Final Proposal;

**WHEREAS**, the Court has considered the Final Proposal and no Party has opposed the Final Proposal;

**IT IS HEREBY ORDERED**:

The Final Proposal is approved in full and the Receiver is empowered to take all necessary steps to implement the Final Proposal and conclude the Receivership.

The Clerk of the Court is directed to close this case. Any pending motions are moot.

SO ORDERED.

September 30, 2009

Cecilia M. Word
U.S.D.J.

2